## JOSEPH ANDREW WERLE v. THE STATE.

No. 17545. Delivered April 24, 1935.

The opinion states the case.

*M. Hendricks* and *Marvin H. Brown,* both of Fort Worth, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for theft, punishment being ten years in the penitentiary. The record in this case is in all respects the same as in No. 17,544, Werle v. State,* this day decided, except the offense is different.

The reasons for affirmance are set out in the opinion in said No. 17,544,* and the same reasons operate here and require an affirmance in the present case, and it is so ordered.

*Affirmed.*

*(Reported on page 385 of this volume.)